# EXHIBIT A

## SUMMARY OF CONSENT DECREE DEADLINES

**SUMMARY OF CONSENT DECREE DEADLINES**

**Each Fiscal Year Beginning 2008**

 ¶21.  Federal Funding

**Within 90 Days after 2/1/2008**

 ¶23. a.  Ferry Terminals & Vessels Increased Accessibility - Public Comment

**Within 90 Days of Effective Date of Consent Decree**

 ¶17.  Designation of ADA Coordinator

**20 Days after Each Three Month Anniversary of Consent Decree**

 ¶30.  Project Completion and Interim Status Reports from the Defendants

**Within 6 Months of Effective Date of Consent Decree**

 ¶15. a.  Notification to the Public - Accessibility of Ferry

 ¶15. b.  Notification to the Public - Alternative Formats of Defendants Materials

 ¶16.  ADA Grievance Procedures

 ¶18.  Communications

 ¶23. b.  Ferry Terminals & Vessels Increased Accessibility - Independent Self-evaluation

 ¶23. c.  Ferry Terminals & Vessels Increased Accessibility - Comments from Passengers

**Within 12 Months of Effective Date of Consent Decree**

 ¶20.  Ferry Terminal Design Standards & Guidelines

**Next Vessel Drydock Unless Within 12 Months of Effective Date of Consent Decree**

 ¶23. e.  Ferry Terminals & Vessels Increased Accessibility - Modifications to Each Vessel

**Within 24 Months of Effective Date of Consent Decree**

 ¶23. f.  Ferry Terminals & Vessels Increased Accessibility - Modifications to Ferry Terminals

 ¶24. a - e.  Ferry Terminals & Gangways

**Within 60 Months of Effective Date of Consent Decree**

 ¶23. d.  Ferry Terminals & Vessels Increased Accessibility - Barrier Removal