Statement of Expert's Time
David S. Chapman, P.E.
ADR vs Port Authority

| Date | Description | Time (Hours) |
|---|---|---|
| 11/24/2004 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 3/16/2005 | T/C with Counsel Tucker & Palomares re: complaint | 0.10 |
| 5/3/2005 | T/C with Counsel Tucker re: complaint | 0.20 |
| 6/1/2005 | T/C with Counsel Tucker re: complaint | 0.10 |
| 6/3/2005 | T/C with Counsel Tucker re: complaint | 0.10 |
| 7/3/2005 | T/C with Counsel Tucker re: complaint | 0.20 |
| 11/16/2005 | T/C's with Counsel Tucker re: complaint | 0.30 |
| 11/19/2005 | T/C with Counsel Palomares re: complaint | 0.30 |
| 12/4/2005 | Prepare letters re: complaint | 4.00 |
| 12/10/2005 | T/C with Counsel Tucker re: complaint | 0.20 |
| 4/12/2006 | T/C with Counsel Palomares re: complaint | 0.20 |
| 4/13/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 4/15/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 4/18/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 4/29/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 5/10/2006 | Correspondence with Counsel Tucker & Palomares re: complaint | 0.20 |
| 5/14/2006 | Correspondence with Counsel Tucker & Palomares re: complaint | 0.20 |
| 5/14/2006 | Correspondence with Counsel Tucker re: complaint | 0.20 |
| 5/19/2006 | Correspondence with Counsel Tucker & Palomares re: complaint | 0.20 |
| 6/25/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 6/29/2006 | Correspondence and T/C with Counsel Tucker & Palomares re: complaint | 0.30 |
| 7/7/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 7/10/2006 | Correspondence with Counsel Tucker re: complaint | 0.10 |
| 7/11/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 7/13/2006 | Research PRPA vessel documentation with USCG; investigate travel info | 4.00 |
| 7/16/2006 | Correspondence and T/C with Counsel Tucker & Palomares re: complaint | 0.30 |
| 7/28/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 8/9/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 8/15/2006 | Correspondence with Counsel Tucker re: complaint | 0.10 |
| 8/16/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 8/22/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 8/25/2006 | Exchange correspondence with Counsel Tucker | 0.20 |
| 8/30/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 9/9/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 9/11/2006 | Letter to Tucker; T/C with Counsel Tucker re: complaint | 0.70 |
| 9/12/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 9/13/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 9/15/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 9/18/2006 | Letter to Ruiz-Melendez; letter to Salas-Gonzales; T/C with Counsel Tucker re: complaint | 1.40 |
| 9/20/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |

Statement of Expert's Time
David S. Chapman, P.E.
ADR vs Port Authority

| Date | Description | Hours |
|---|---|---|
| 9/22/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 9/25/2006 | Correspondence with Counsel Tucker & Palomares re: complaint | 0.10 |
| 9/27/2006 | Correspondence with Counsel Tucker re: complaint | 0.10 |
| 9/30/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/2/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/3/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/5/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/6/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/9/2006 | Review Beers documents; prepare letter to Tucker | 1.00 |
| 10/10/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/11/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/16/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/20/2006 | Investigate travel info | 1.00 |
| 10/25/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/27/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/30/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 10/31/2006 | T/C with Counsel Palomares re: complaint | 0.10 |
| 11/6/2006 | Investigate travel info | 1.00 |
| 11/14/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 11/19/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 11/28/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 11/29/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 12/1/2006 | T/C with Counsel Tucker, Palomares, & Umpierre re: complaint | 0.20 |
| 12/4/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 12/4/2006 | Preparation/review for vessel & terminal surveys | 2.20 |
| 12/6/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 12/6/2006 | Preparation/review for vessel & terminal surveys | 3.40 |
| 12/7/2006 | Prepare workbooks for terminal surveys | 6.00 |
| 12/8/2006 | T/C with Counsel Tucker & Umpierre re: complaint | 0.10 |
| 12/8/2006 | Preparation/review for vessel & terminal surveys | 2.00 |
| 12/9/2006 | T/C with Counsel Tucker & Palomares re: complaint | 0.40 |
| 2/17/2006 | Prepare survey report - Viejo San Juan | 2.00 |
| 2/17/2006 | Prepare survey report - Culebra Terminal | 2.00 |
| 2/17/2006 | Prepare survey report - Vieques Terminal | 2.00 |
| 2/17/2006 | Prepare survey report - Hato Rey Terminal | 2.00 |
| 2/17/2006 | Prepare survey report - Old San Juan Terminal | 2.00 |
| 2/17/2006 | Prepare survey report - Fajardo Terminal | 2.00 |
| 2/17/2006 | Prepare survey report - Catano Terminal | 2.00 |
| 12/9/2006 | Travel to San Juan; bumped from flight; prepare for survey work | 4.00 |
| 12/10/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 12/10/2006 | Travel to San Juan; transfer to Fajardo; prepare for survey work | 10.00 |
| 12/11/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 12/11/2006 | Fly to Culebra; survey Culebra Terminal; survey Culebra II; return to Fajardo aboard Culebra II; survey Atlantis; survey Vieques II; review survey work | 8.00 |
| 12/12/2006 | T/C with Counsel Tucker re: complaint | 0.20 |

Statement of Expert's Time
David S. Chapman, P.E.
ADR vs Port Authority

| Date | Description | Hours |
|---|---|---|
| 12/12/2006 | Survey Fajardo II; survey Isleno; sail to Vieques aboard Vieques II; survey Vieques Terminal; survey Cayo Norte; return to Fajardo aboard Cayo Norte: additional survey work on Isleno; survey Fajardo Terminal; review survey work | 8.00 |
| 12/13/2006 | T/C with Counsel Tucker re: complaint | 0.10 |
| 12/13/2006 | Survey Hato Rey Terminal; survey Old San Juan Terminal; survey Vieques San Juan; survey Catano Terminal; review survey work | 8.00 |
| 12/14/2006 | T/C with Counsel Tucker re: complaint | 0.20 |
| 12/14/2006 | Review survey work; travel home | 8.00 |
| 12/14/2006 | Prepare survey report - Vieques II | 1.00 |
| 12/14/2006 | Prepare survey report - Culebra II | 1.00 |
| 12/14/2006 | Prepare survey report - Atlantis | 1.00 |
| 12/14/2006 | Prepare survey report - Fajardo II | 1.00 |
| 12/14/2006 | Prepare survey report - Cayo Norte | 1.00 |
| 12/14/2006 | Prepare survey report - Isleno | 1.00 |
| 12/14/2006 | Prepare survey report - Viejo San Juan | 1.00 |
| 12/15/2006 | Prepare survey report - Vieques II | 1.00 |
| 12/15/2006 | Prepare survey report - Culebra II | 1.00 |
| 12/15/2006 | Prepare survey report - Atlantis | 1.00 |
| 12/16/2006 | Prepare survey report - Fajardo II | 1.00 |
| 12/16/2006 | Prepare survey report - Cayo Norte | 1.00 |
| 12/16/2006 | Prepare survey report - Isleno | 1.00 |
| 12/16/2006 | Prepare survey report - Viejo San Juan | 1.00 |
| 1/13/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.10 |
| 1/26/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.10 |
| 2/3/2007 | Prepare survey report - Vieques II | 2.00 |
| 2/3/2007 | Prepare survey report - Culebra II | 2.00 |
| 2/3/2007 | Prepare survey report - Atlantis | 2.00 |
| 2/3/2007 | Prepare survey report - Fajardo II | 2.00 |
| 2/3/2007 | Prepare survey report - Cayo Norte | 2.00 |
| 2/4/2007 | Prepare survey report - Vieques II | 2.00 |
| 2/4/2007 | Prepare survey report - Culebra II | 2.00 |
| 2/4/2007 | Prepare survey report - Atlantis | 2.00 |
| 2/4/2007 | Prepare survey report - Fajardo II | 2.00 |
| 2/4/2007 | Prepare survey report - Cayo Norte | 2.00 |
| 2/5/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.10 |
| 2/9/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.20 |
| 2/11/2007 | T/C with Counsel Tucker re: complaint | 0.20 |
| 2/12/2007 | Submit survey report - Vieques II | 1.00 |
| 2/13/2007 | Submit survey report - Culebra II | 1.00 |
| 2/13/2007 | Submit survey report - Atlantis | 1.00 |
| 2/14/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.10 |
| 2/15/2007 | Submit survey report - Fajardo II | 1.00 |
| 2/15/2007 | Prepare survey report - Isleno | 2.00 |
| 2/16/2007 | Prepare survey report - Cayo Norte | 2.00 |
| 2/17/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.20 |
| 2/17/2007 | Submit survey report - Cayo Norte | 1.00 |
| 2/17/2007 | Prepare survey report - Isleno | 2.00 |

Statement of Expert's Time
David S. Chapman, P.E.
ADR vs Port Authority

| Date | Description | Hours |
|---|---|---|
| 2/18/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 2/18/2007 | Submit survey report - Isleno | 1.00 |
| 2/18/2007 | Submit survey report - Viejo San Juan | 1.00 |
| 2/20/2007 | Prepare survey report - Culebra Terminal | 2.00 |
| 2/20/2007 | Prepare survey report - Vieques Terminal | 2.00 |
| 2/20/2007 | Prepare survey report - Hato Rey Terminal | 2.00 |
| 2/22/2007 | T/C with Counsel Tucker, Palomares, & Umpierre re: complaint | 0.20 |
| 2/23/2007 | Prepare survey report - Culebra Terminal | 1.00 |
| 2/24/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.10 |
| 2/25/2007 | Submit survey report - Culebra Terminal | 1.00 |
| 2/25/2007 | Prepare survey report - Vieques Terminal | 1.00 |
| 2/25/2007 | Prepare survey report - Hato Rey Terminal | 1.00 |
| 2/25/2007 | Prepare survey report - Old San Juan Terminal | 2.00 |
| 2/25/2007 | Prepare survey report - Fajardo Terminal | 2.00 |
| 2/25/2007 | Prepare survey report - Catano Terminal | 2.00 |
| 2/27/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.20 |
| 2/27/2007 | Submit survey report - Vieques Terminal | 1.00 |
| 2/28/2007 | T/C with Counsel Tucker, Palomares, & Umpierre re: complaint | 0.20 |
| 2/28/2007 | Submit survey report - Hato Rey Terminal | 1.00 |
| 2/28/2007 | Prepare survey report - Old San Juan Terminal | 1.00 |
| 3/1/2007 | T/C with Counsel Tucker, Palomares, & Umpierre re: complaint | 0.20 |
| 3/1/2007 | Submit survey report - Old San Juan Terminal | 1.00 |
| 3/2/2007 | Prepare survey report - Fajardo Terminal | 1.00 |
| 3/2/2007 | Prepare survey report - Catano Terminal | 1.00 |
| 3/3/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 3/3/2007 | Submit survey report - Fajardo Terminal | 1.00 |
| 3/3/2007 | Submit survey report - Catano Terminal | 1.00 |
| 3/4/2007 | T/C with Counsel Tucker, Palomares, & Umpierre re: complaint | 0.20 |
| 3/4/2007 | Prepare Accessible Route Report | 2.00 |
| 3/5/2007 | T/C with Counsel Tucker re: complaint | 0.20 |
| 3/5/2007 | Prepare Accessible Route Report | 1.00 |
| 3/6/2007 | Prepare Accessible Route Report | 1.00 |
| 3/7/2007 | Prepare Accessible Route Report | 2.00 |
| 3/8/2007 | T/C with Counsel Tucker re: complaint | 0.20 |
| 3/9/2007 | Prepare Accessible Route Report | 2.00 |
| 3/10/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 3/10/2007 | Submit Accessible Route Report | 2.00 |
| 6/8/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 6/9/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 6/13/2007 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 6/15/2007 | T/C with Counsel Tucker & Palomares re: complaint | 0.10 |
| 6/15/2007 | Review Beers letters dated 6-8-07, received 6-11-07 | 2.00 |
| 6/16/2007 | Prepare response to Beers reports | 1.00 |
| 6/19/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 6/22/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 6/22/2007 | Prepare response to Beers reports | 1.00 |
| 6/23/2007 | Prepare response to Beers reports | 1.00 |
| 6/24/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 6/24/2007 | Prepare response to Beers reports; letter to Tucker | 4.00 |

Statement of Expert's Time
David S. Chapman, P.E.
ADR vs Port Authority

| Date | Description | Hours |
|---|---|---|
| 6/25/2007 | T/C with Umpierre re: complaint | 0.10 |
| 6/26/2007 | T/C with Counsel Tucker, Palomares, & Umpierre re: complaint | 0.30 |
| 6/26/2007 | Prepare for telephone meeting with Beers | 3.00 |
| 6/28/2007 | Prepare for telephone meeting with Beers | 3.00 |
| 6/29/2007 | Telephone meeting with Beers | 5.00 |
| 6/29/2007 | Document telephone meeting with Beers | 3.00 |
| 7/3/2007 | Document telephone meeting with Beers | 4.00 |
| 7/5/2007 | Document telephone meeting with Beers | 5.00 |
| 7/6/2007 | Document telephone meeting with Beers | 8.00 |
| 7/7/2007 | Document telephone meeting with Beers | 6.00 |
| 7/8/2007 | Document telephone meeting with Beers | 6.00 |
| 7/9/2007 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 7/9/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 7/9/2007 | Document telephone meeting with Beers | 3.00 |
| 8/1/2007 | T/C with Counsel Tucker & Umpierre re: complaint | 0.20 |
| 8/1/2007 | Review motions | 0.50 |
| 8/2/2007 | Respond to Beers email | 2.00 |
| 8/3/2007 | Review motions | 1.00 |
| 8/4/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 8/5/2007 | Review motions | 1.00 |
| 8/6/2007 | Review motions | 1.00 |
| 8/7/2007 | T/C with Counsel Tucker re: complaint | 0.10 |
| 8/23/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| 9/2/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| 9/3/07 | T/C with Counsel Palomares re: complaint | 0.10 |
| 9/15/07 | Respond to Beers letter dated 9-7-07, received with 9-15-07 email re: access to 02 level, MV CULEBRA II & MV VIEQUES II | 1.00 |
| 9/16/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| 9/21/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.10 |
| 9/28/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/2/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.10 |
| 10/3/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.10 |
| 10/4/07 | T/C with Counsel Palomares re: complaint | 0.10 |
| 10/10/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/15/07 | T/C with Counsel Tucker, Palomares, & Umpierre re: complaint | 0.10 |
| 10/16/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| 10/17/07 | T/C with Counsel Palomares re: complaint | 0.10 |
| 10/31/07 | T/C with Counsel Tucker & Umpierre re: complaint | 0.10 |
| 11/2/07 | T/C with Counsel Palomares re: complaint | 0.10 |
| 11/5/07 | T/C with Counsel Tucker, Palomares, & Umpierre re: complaint | 0.20 |
| 11/7/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 11/21/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 11/22/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 11/27/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 11/30/07 | Review and prepare response to Beers responses | 2.00 |
| 11/30/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 12/1/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 12/2/07 | Review and prepare response to Beers responses | 2.00 |

Statement of Expert's Time
David S. Chapman, P.E.
ADR vs Port Authority

| Date | Description | Hours |
|---|---|---|
| 12/3/07 | Review and prepare response to Beers responses | 4.00 |
| 12/3/07 | T/C with Counsel Tucker & Palomares re: complaint | 0.20 |
| 12/4/07 | Review and prepare response to Beers responses | 7.00 |
| 12/4/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| 12/5/07 | Send response to Beers responses | 1.00 |
| 12/9/07 | Prepare for Settlement Conference | 7.00 |
| 12/10/07 | Travel to San Juan; prepare for settlement conference | 12.00 |
| 12/11/07 | Settlement Conference in San Juan | 8.00 |
| 12/12/07 | Return from San Juan | 8.00 |
| 12/12/07 | T/C with Counsel Tucker re: complaint | 0.20 |
| 12/14/07 | T/C with Counsel Tucker re: complaint | 0.20 |
| 12/15/07 | Recap settlement conference; prepare final billing | 3.00 |
| 12/18/07 | T/C with Counsel Palomares re: complaint | 0.20 |
| 12/19/07 | Review/preparation/draft/exhibit for Consent Decree | 3.00 |
| 12/20/07 | Review/preparation/draft/exhibit for Consent Decree | 3.00 |
| 12/20/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| 12/23/07 | Review/preparation/draft/exhibit for Consent Decree | 7.00 |
| 12/23/07 | T/C with Counsel Tucker re: complaint | 0.10 |
| | Total: | 316.00 |