# Statement of Expert's Time
# Engineer Jaime A. Umpierre, P.E.
# ADR vs Ports Authority

| Date | Description | Time (Hours) |
|---|---|---|
| 11/6/07 | Interview with Attorney Palomares | 1 |
| 11/8/07 | Interview with plaintiff's client regarding accessibility issues of ferry vessels and terminals | 0.75 |
| 11/19/04 | Visit to Fajardo Terminal for a preliminary inspection | 4.50 |
| 11/21/04 to 11/23/04 | Preliminary inspection analysis and preparation of report | 8.00 |
| 11/25/04 | Conference with attorney Palomares regarding preliminary inspection issues found during inspection | 1 |
| 12/6/04 | Presentation and discussion with plaintiff's client of findings during preliminary inspection | 1 |
| 12/8/04 | Review and organization of documents to submit draft of preliminary report to attorney Palomares | 1.25 |
| 12/11/04 | Delivery of preliminary inspection final report to attorney Palomares | 1 |
| 1/08/2005 | Review & Revision of final prel - report with attorney Palomares | 1.5 |
| | Subtotal: Preliminary Inspection  20 | |
| 1/12/05 | Research and review Civil Engineering Reference Manual, Michael R. Lindeburg, P.E., 6th Ed; ACI (American Concrete Institute) 318-02 Building Code Requirements for Structural Concrete, 2002; Notes on ACI 318-02 with Design Applications, PCA (Portland Cement Association); 1987 Uniform Building Code Volumes 1, 2 & 3; Puerto Rico Building Code 1999; *Reglamento de Zonificación de Puerto Rico, Junta de Planificación del Estado Libre Asociado de Puerto Rico, Oficina de la Gobernadora, Vigencia 5 de noviembre de 2000* | 4.5 |
| 1/14/05 | Continue Research and Review of above codes, standards and practices | 2.5 |
| 3/16/2005 | Teleconference with attorney Palomares | 1 |
| 11/19/2005 | Conference with attorney Palomares: review Plaintiffs' Second Amended Complaint | 2.5 |
| 12/8/2005 | Review exchange of documents from attorneys William D. Tucker and Lorenzo Palomares | 1.25 |
| 04/04/2006 | Conference with attorney Palomares for case status | 0.5 |
| 4/8/06 to 4/11/06 | Research interplay of shoreside facility and vessel accessibility standards; review of documents Passenger Vessel Access Advisory Committee, "Recommendations for Accessibility Guidelines for Passenger Vessels: Final Report", December 2000; Draft Passenger Vessel Accessibility Guidelines and Supplementary Information, November 26, 2004 | 12 |
| 4/13/2006 | Meeting with attorney Palomares, exchange of comments and case status | 1.25 |

| | | |
|---|---|---|
| 9/ 9/ 2006 | Teleconference with attorney Palomares | .25 |
| 9/12/2006 | Teleconference with attorney Palomares inspections shoreside facilities and vessels | .25 |
| 9/13/2006 | Teleconference with attorney Palomares inspections shoreside facilities and vessels | .25 |
| 9/ 15/ 2006 | Teleconference with attorney Palomares inspections shoreside facilities and vessels | .25 |
| 9/18/2006 | Teleconference with attorney Palomares inspections shoreside facilities and vessels | .25 |
| 9/20/2006 | Teleconference with attorney Palomares inspections shoreside facilities and vessels | .25 |
| 10/11/2006 | Conference with plaintiffs' attorney to coordinate inspection dates for marine terminals and vessels | .50 |
| 10/27/2006 | Conference with attorney Palomares regarding inspections dates | 0.75 |
| 11/2/06 to 11/8/06 | Review of Code of Federal Regulations, Title 28, Part 36; American National Standards ICC/ANSI A117.1-1998; ANSI 156.19-1984; 302 National Fire Protection Association (NFPA) Codes and Standards, 1998 Edition | 16 |
| 11/29/06 | T/C with plaintiffs' counselors | 0.5 |
| 12/1/06 | Conferences with expert engineer Chapman and plaintiffs' counsel | 1 |
| 12/4/06 | Teleconference with plaintiffs' counselors regarding accessibility issues of ferry vessels, terminals, and case status | 2 |
| 12/8/06 | Teleconference with counselors regarding inspections and engineer Chapman: coordinations for inspection | 2 |
| 12/9/06 to 12/12/06 | Pre - inspection meeting with attorney Palomares and engineer Chapman (12/10/06 – 4 hrs) Inspection of Marine Terminals and Vessels: Fajardo, Vieques and Culebra – 50 hrsa | 54.00 |
| 1/10/7 to 2/23/07 | Preparation of report: draft, review, discussion with plaintiffs' consultants and engineer Chapman, final report delivery | 31.75 |
| 2/8/07 | Teleconference with attorney Palomares | 0.25 |
| 2/22/07 to 2/28/07 | Teleconferences with Chapman, Palomares and Tucker, review draft and final vessel inspection accessibility reports. Changes of report, done during discussion | 8 |
| 3/1/07 to 3/4/07 | Conferences with plaintiffs' counsel and with expert Chapman concerning reports of accessible route issues at shoreside terminal facilities; Numerous T/C with plaintiffs'counsel and experts Umpierre and Chapman concerning same; Receipt and review multiple draft reports and final Report | 9.25 |
| 3/26/2007 | Conf. Client regarding accessibility issues of ferry vessels, terminals, and case status ; T/C with plaintiffs' counsel expert Umpierre concerning proposed consent decree | 3 |
| 5/12/07 | Review of engineer Chapman's letter of comments and recommended actions taken by PRPA | 3 |
| 6/15/07 | Preparation for and attendance at status conference. T/C experts Chapman Umpierre | 2 |

| | | |
|---|---|---|
| 6/25/07 | Review and discussion of PRMTA reports with engineer Chapman and attorney Palomares | 2.00 |
| 6/26/07 | Conference with engineer Chapman related to documents of PRMTA on response to vessels and marine terminals issues. Conference with attorney Palomares related to Escobar report #1 dated 6-15-07; Escobar report 2 dated 6-15-07 | 3.5 |
| 6/27/07 | Coordinations by e-mail with engineer Chapman for T/C of Greg Beer's vessels' reports | 0.5 |
| 6/28/07 | Meeting with experts of defendant to discuss marine terminal issues | 4 |
| 7/2/07 | Review of minute for June 28 meeting | 1.5 |
| 7/28/07 | Evaluation of PRMTA vessels and marine terminals reports against plaintiff's experts' reports | 3.75 |
| 8/3/07 | Conference with Palomares and Chapman to discuss disagreement issues related to PRMTA marine terminals and vessels reports | 2.75 |
| 8/18/07 | Review draft of Consent Decree | 2.75 |
| 9/3/07 | Teleconference with Palomares to review and discuss areas of agreement and disagreement concerning Consent Decree | 2.75 |
| 9/20/07 | Conference with Palomares concerning preparation for 10/9/07 evidentiary hearing | 1.5 |
| 9/21/07 | Conference with Palomares concerning evidentiary hearing and as to areas of agreement and disagreement concerning Consent Decree | .75 |
| 9/28/07 | Conference with Palomares concerning evidentiary hearing and as to areas of agreement and disagreement concerning Consent Decree | .50 |
| 10/2/07 | Conference with Palomares concerning evidentiary hearing and as to areas of agreement and disagreement concerning Consent Decree | .50 |
| 10/3/07 | Conference with Palomares regarding evidentiary hearing | 0.5 |
| 10/4/07 | Conference with Palomares and Tucker in preparation to evidentiary hearing | .50 |
| 10/15/07 | Teleconference with plaintiffs' counsel and Chapman as to areas of agreement and disagreement concerning Consent Decree, preparation for 12/20/07, evidentiary hearing | 1.25 |
| 10/16/07 | T/C with plaintiffs' counsel and Chapman as to areas of agreement and disagreement concerning Consent Decree, preparation for 12/20/07, evidentiary hearing | 0.5 |
| 10/22/07 | Conf. Client regarding accessibility issues of ferry vessels, terminals, and case status | 1.5 |
| 10/28/07 | T/C with plaintiffs' counselors | 0.25 |
| 10/29/07 | Conference with plaintiff's client regarding accessibility issues of ferry vessels, terminals, and case status | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 10/31/07 | Teleconference with plaintiffs' counsel and expert Chapman as to areas of agreement and disagreement concerning Consent Decree, preparation for 12/20/07, evidentiary hearing | .50 |
| 11/2/07 | Teleconference with plaintiffs' counsel regarding areas of agreement and disagreement concerning Consent Decree, preparation for 12/11/07 settlement conference and 12/20/07, evidentiary hearing | .25 |
| 11/5/07 | Teleconference with plaintiffs' counsel and experts Chapman and Umpierre as to areas of agreement and disagreement concerning Consent Decree, preparation for 12/11/07 settlement conference and 12/20/07 evidentiary hearing | .25 |
| 11/7/07 | Teleconference with plaintiffs' counsel and experts Chapman and Umpierre as to areas of agreement and disagreement concerning Consent Decree, preparation for 12/11/07 settlement conference and 12/20/07, evidentiary hearing. | .50 |
| 11/11/07 | Teleconference with plaintiffs' counsel | 0.25 |
| 11/21/07 | Teleconference with plaintiffs' counsel in preparation to 12/11/07 settlement conference and 12/20/07, evidentiary hearing | 0.25 |
| 11/22/07 | Teleconference with plaintiffs' counsel in preparation to 12/11/07 settlement conference and 12/20/07, evidentiary hearing | 0.25 |
| 11/25/07 | Conference with plaintiffs' counsel | 0.25 |
| 11/27/07 | Teleconference with plaintiffs' counsel in preparation to 12/11/07 settlement conference and 12/20/07, evidentiary hearing | 0.25 |
| 11/28/07 | Teleconference with plaintiffs' counsel in preparation to 12/11/07 settlement conference and 12/20/07, evidentiary hearing | 0.75 |
| 11/30/07 | Teleconference with plaintiffs' counsel in preparation to 12/11/07 settlement conference and 12/20/07, evidentiary hearing | 0.25 |
| 12/1/07 | Teleconference with plaintiffs' counsel in preparation to 12/11/07 settlement conference and 12/20/07, evidentiary hearing | 0.25 |
| 12/12/07 | Teleconference with plaintiffs' counsel in preparation to 12/20/07, evidentiary hearing | 0.25 |
| 12/18/07 | Conferences with plaintiffs' counsel regarding areas of agreement and disagreement concerning Consent Decree | 0.5 |
| 12/20/2007 | Teleconferences with plaintiffs' counsel for final Consent Decree | 3.75 |
| | **TOTAL** | 223 |