IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDUARDO UMPIERRE, ADVOCATING DISABILITY RIGHTS, INC.,<br><br>    PLAINTIFF,<br><br>         v.<br><br>PUERTO RICO PORTS AUTHORITY, THE MARITIME TRANSPORTATION AUTHORITY OF PUERTO RICO<br><br>    DEFENDANT. | CIVIL NO.: 05-1185 (ADC) |

**INFORMATIVE MOTION AND
REQUEST FOR EXTENSION OF TIME FOR PAYMENT OF ATTORNEYS'S FEES**

**TO THE HONORABLE COURT:**

Comes now defendant, Maritime Transportation Authority of Puerto Rico ("MTA") through the undersigned attorney and very respectfully state and prays:

1. Through motion of April 15, 2010, we informed that the pending portion of the attorneys's fees will be pay on April 30, 2010.

2. An electronic transfer of funds from the Federal Transit Administration was not recieved today by the appearing party.

3. The reimbursement of the federal funds should be received next Tuesday, May 4, 2010.

4. Taken into consideration the shortest of funds by all goverment agencies, the extension of time for payment of legal fees

1

is reasonable.

Wherefore, its respectfully requested from this Honorable Court to grant The Extension of Time for payment of attorneys's fees as requested.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this April 30, 2010.

I HEREBY CERTIFY thant on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for plaintiff.

```
                                S/FRANCISCO L. ACEVEDO NOGUERAS
                                FRANCISCO L. ACEVEDO NOGUERAS
                                USDC NO. 110610
                                ACECVEDO & ACEVEDO LAW OFFICES
                                P.O. BOX 9023905
                                SAN JUAN, PUERTO RICO 00902-3905
                                TEL. (787)977-3772 FAX (787)977-3773
```

G:\Wpdata0\ACEVEDO & ACEVEDO\Autoridad Transporte Maritimo\UMPIERRE V. PUERTOS\informative motion & extension of time #2.wpd